```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                    Plaintiff,

-against-

J.R. CONTRACTING & ENVIRONMENTAL
CONSULTING, INC.,

                    Defendant.

23 Civ. 4942 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed case management plan dated August 14, 2023. *See* ECF No. 16. The parties are required to jointly propose an alternative dispute resolution mechanism and timeline for employing that alternative dispute resolution mechanism. *See id.* ¶¶ 10(b)–(c). Accordingly, by **August 21, 2023**, the parties shall resubmit their proposed case management plan.

      SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge