UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                          Plaintiff,

            -against-

J.R. CONTRACTING & ENVIRONMENTAL
CONSULTING, INC.,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/2023
```

23 Civ. 4942 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated September 13 and 18, 2023.  ECF Nos. 23–24.  Accordingly:

1. Defendant's request to file a motion to transfer is GRANTED;
2. By **October 24, 2023**, Defendant shall file its motion;
3. By **November 14, 2023**, Plaintiff shall file its opposition papers; and
4. By **November 28, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: September 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge