```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2024_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

          Plaintiff,

-against-

J.R. CONTRACTING & ENVIRONMENTAL
CONSULTING, INC.,

          Defendant.

23 Civ. 4942 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 22, 2023, the Court scheduled a case management conference for January 9, 2024. ECF No. 22 ¶ 15. The parties were required to file a joint status letter not later than one week in advance of the conference. *Id.* ¶ 16. That submission is now overdue.

      Accordingly, the case management conference scheduled for January 9, 2024, is ADJOURNED *sine die*.

      Further, fact discovery closed on December 12, 2023. *Id.* ¶ 5. The parties are reminded that any pre-motion letters for leave to file a motion for summary judgment were due within fourteen days of the close of fact discovery. *Id.* ¶ 8. The Court has received no submissions. By **January 19, 2024**, the parties shall submit a joint letter to the Court, addressing the status of discovery and settlement negotiations.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge