USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_10/3/2025\_\_

**LB&C**

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Maureen E. O'Connor
Of Counsel
moconnor@lbcclaw.com
Direct Dial (516) 837-7432

October 2, 2025

**BY ECF and EMAIL**
Torres_NYSDChambers@nysd.uscourts.gov
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *American Empire Surplus Lines Insurance Company v. J.R. Contracting & Environmental Consulting, Inc.* (1:23-CV-04942-AT-SDA)

Dear Judge Torres:

In light of the October 30, 2025 settlement conference scheduled before Magistrate Judge Aaron, this joint letter motion is respectfully submitted on behalf of Plaintiff and Defendant to request an extension to the deadlines for the following pretrial submissions, based upon Rule V of Your Honor's Individual Practices in Civil Cases, from the original due date of October 9, 2025 to January 16, 2026:

- Proposed Joint Pretrial Order, as set forth in Rule V(B);
- Required Pretrial Filings, as set forth in Rule V(C); and
- Additional Submissions in Non-Jury Cases, as set forth in Rule V(B).

This is the first request for an extension of time for these deadlines, and is made based upon the parties' intention to dedicate their present time and efforts to resolution of this case at the October 30th conference, without the need for trial. Further, the parties anticipate that in the event the case does not settle, it may take a fair amount of time to complete the jointly prepared documents.

We thank the Court for its consideration of this request.

GRANTED.

SO ORDERED.

Dated: October 3, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge